# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:21-CV-657-RJC-DCK

| | |
|---|---|
| **SHAWN KELLY,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **RENTGROW, INC.,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Matthew H. Sommer, concerning Bonnie Keane DelGobbo, on February 11, 2022. Bonnie Keane DelGobbo seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Bonnie Keane DelGobbo is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 11, 2022

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge