**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-657-RJC-DCK**

| | |
|---|---|
| **SHAWN KELLY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **RENTGROW, INC.,** ) | |
| ) | |
| **Defendant**. ) | |
| ———————————————— ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Matthew H. Sommer, concerning Amy L. Lenz, on February 15, 2022. Amy L. Lenz seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED.** Amy L. Lenz is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

8

Signed: February 15, 2022

David C. Keesler
United States Magistrate Judge