IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-657-RJC-DCK

| | |
|---|---|
| SHAWN KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RENTGROW, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Rashad Blossom, concerning Geoffrey Baskerville, on February 15, 2022. Geoffrey Baskerville seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Geoffrey Baskerville is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: February 15, 2022

David C. Keesler
United States Magistrate Judge